**FILED**

November 8, 2016

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )
            Plaintiff,                   )        Case No. 2:16-MJ-00193-AC
                                         )
v.                                       )        ORDER FOR RELEASE OF
                                         )        PERSON IN CUSTODY
SUSAN CORDILLIA BROWN,                   )
                                         )
            Defendant.                   )
_____         )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SUSAN CORDILLIA BROWN, Case No.

2:16-MJ-00193-AC, Charge Title 21 USC 841(a)(1), from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

✔   Bail Posted in the Sum of $ 50,000 (co-signed) _____

      ✔   Unsecured Appearance Bond

      ___   Appearance Bond with 10% Deposit

      ___   Appearance Bond with Surety

      ___   Corporate Surety Bail Bond

      ✔   (Other)        With pretrial supervision and conditions as stated on

the record in open court. Defendant shall be released by USM on 11/9/2016,

 at 9:00 am to the custody of pretrial services.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 8, 2016  at  2:15        pm  .

By  _____
      Deborah Barnes
      United States Magistrate Judge