HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
SUSAN CORDILLIA BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00025 WBS |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER FOLLOWING DETENTION HEARING |
| v. | |
| SUSAN CORDILLIA BROWN, | DATE: November 1, 2019<br>TIME 2:00 p.m. |
| Defendant. | JUDGE: Hon. Edmund F. Brennan |

## ORDER

The Court, having heard and considered argument at the Further Detention Hearing held at 2:00 p.m. on November 1, 2019, and good cause appearing therefrom, hereby ORDERS that the defendant, Ms. Susan Cordillia Brown, report to the Stanislaus Recovery Center on Monday, November 4, 2019, to commence intensive outpatient substance abuse treatment. It is FURTHER ORDERED that she enroll in the inpatient substance abuse treatment program at the Stanislaus Recovery Center, as soon as a bed becomes available at the program, which is noted to be within two to three weeks of the date of this Order.

//

//

All existing terms and conditions of supervised release are to remain in effect. Ms. Brown shall abide by the requirements of her Probation Officer regarding structured drug testing and check-ins.

Dated: November 14, 2019

*[signature]*

Hon. EDMUND F. BRENNAN
United States Magistrate Judge